United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **DENILSON PEREZ GARCIA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01364** |
| | § | |
| **OFFICE OF IMMIGRATION AND** | § | |
| **CUSTOM ENFORCEMENT, *et al.*,** | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Respondents' Advisory Regarding Intent to Remove, (Dkt. No. 14). On August 4, 2026, the Court ordered Respondents to notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least seven (7) days before such transfer. (Dkt. No. 7).

On August 21, Respondents advised the Court of their intent to remove Petitioner from the United States as early as August 28, 2026. (Dkt. No. 14). The Court understands Petitioner's removal is the result of Petitioner being granted voluntary departure. *See Automated Case Information*, Exec. Off. Immigr. Rev., https://acis.eoir.justice.gov/en/caseInformation (last visited Aug. 24, 2026) ("The immigration judge GRANTED voluntary departure.").

The Court **ORDERS** Respondents to file an advisory **within 48 hours of Petitioner's removal** notifying the Court of Petitioner's removal.

It is so **ORDERED**.

**SIGNED** on August 25, 2026.

John A. Kazen
United States District Judge