United States District Court
Southern District of Texas
**ENTERED**
August 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **DENILSON PEREZ GARCIA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01364** |
| | § | |
| **OFFICE OF IMMIGRATION AND** | § | |
| **CUSTOM ENFORCEMENT, *et al.*,** | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Respondents' Advisory Regarding Upcoming Removal, (Dkt. No. 16). On August 25, the Court ordered Respondents to file an advisory within 48 hours of Petitioner's removal notifying the Court of Petitioner's removal. (Dkt. No. 15). On August 27, Respondents filed an advisory again updating the Court on Petitioner's scheduled removal on August 29, 2026. (Dkt. No. 16). The Court clarifies that it would like an advisory from Respondents within the 48 hours *following* Petitioner's removal.

As such, the Court **ORDERS** Respondents to file an advisory **within the 48 hours following Petitioner's removal** notifying the Court that Petitioner has been removed from the United States.

It is so **ORDERED**.

**SIGNED** on August 28, 2026.

John A. Kazen
United States District Judge